LAW OFFICES OF PAUL L. KRANZ
LOUIS GARCIA, ESQ., SBN 143073
PAUL L. KRANZ, ESQ., SBN 114999
crshark63@yahoo.com
kranzlaw@sbcglobal.net
2560 Ninth Street, Suite 213
Berkeley, California 94710

Telephone:  (510) 549-5900
Facsimile:  (510) 549-5901

Attorneys for Plaintiff Valerie Adams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ADAMS, <br><br> Plaintiff, <br><br> v. <br><br> THE PERMANENTE MEDICAL GROUP, INC., a California corporation; WENDY QUAN, an Individual; LARRY BUCHANAN, an Individual; <br><br> Defendant | Case No.: C 09-01270 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COURT-ORDERED MEDIATION; DECLARATION OF LOUIS GARCIA IN SUPPORT OF STIPULATION AND PROPOSED ORDER** |

  WHEREAS, on July 14, 2009, this Court issued an Order Scheduling Trial and Pretrial Matters.  Paragraph C of this Order, entitled "ALTERNATIVE DISPUTE RESOLUTION", provides, "This matter is referred to court-connected mediation, to be conducted by October 15, 2009, if possible;" and

  WHEREAS, as of September 30, 2009, neither party had been contacted by any staff from the United States District Court's Alternative Dispute Resolution Program regarding the mediation ordered by this Court in its July 14 Order; and

  WHEREAS, on September 30, 2009, counsel for Plaintiff spoke with ADR Program Staff Attorney Robin W. Siefkin who advised counsel that the referral for mediation had not been

---
CASE NO. C 09-01270 JSW
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COURT-ORDERED MEDIATION

- 1 -

received by the ADR Program office; and

WHEREAS, ADR Program Staff Attorney Robin W. Siefkin also advised counsel for Plaintiff that the ADR Program staff would immediately inquire about the referral. Ms. Siefkin further advised counsel that the parties should submit a stipulation to extend the time for a period of two month for completing the mediation; and

WHEREAS, the parties agree that an extension of the deadline for completing the mediation to December 15, 2009 is necessary and appropriate to permit the parties to effectively complete mediation of the claims in this action;

IT IS SO STIPULATED.

Dated: October 13, 2009                    Respectfully submitted,

                                           LAW OFFICES OF PAUL KRANZ

                                           By:/s/     Louis Garcia
                                              Louis Garcia
                                              *Attorneys for Plaintiff*

Dated: October 13, 2009                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                           By:/s/     Kathleen Hurly
                                              Kathleen Hurly
                                              *Attorneys for Defendants*

## ORDER

Pursuant to Stipulation by the parties and good cause appearing therefore, the deadline for conducting court-connected mediation is extended to December 15, 2009. The parties shall promptly notify the Court whether the case is resolved at the mediation.

IT IS SO ORDERED.

DATED: October 15, 2009                    _____
                                           United States District Court Judge ~~Jack~~ S. White
                                                                               Jeffrey

CASE NO. C 09-01270 JSW
STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR COURT-ORDERED MEDIATION