# UNITED STATES DISTRICT COURT

## Northern District of California

VALERIE ADAMS,

        Plaintiff,

  v.

KAISER PERMANENTE, *et al.*,

        Defendants.

_____/

No. C 09-01270 JSW (MEJ)

**DISCOVERY ORDER**

On September 18, 2009, the parties in this action filed a joint letter detailing a discovery dispute concerning Defendants' request for production of Plaintiff's medical records. (Dkt. #17.) Specifically, the parties dispute the time frame of medical records that must be produced, as well as the relevancy of the requested medical records. The parties have also submitted a Joint Stipulation and Proposed Order, which the Court has reviewed. (Dkt. #17 at 5-7.) The Court now **ORDERS** as follows:

Pursuant to the Stipulation of the parties:

1. Plaintiff will execute the requested releases[1] for release of her medical records within five days of the signing of this Order. The executed releases will be sent to Plaintiff's medical care providers with a cover letter directing those medical care providers to produce the requested documents to Magistrate Judge Maria-Elena James;

2. Within seven calendar days of the signing of this Order, the parties will submit briefs setting forth their respective positions - including citation to relevant legal authorities - regarding why the documents are discoverable, and in what manner, if any, the Court should issue a protective order regarding their use in this lawsuit;

---

[1] Attached as Exhibit A to Docket #17.

3. Upon review of the parties' briefs, the Court will issue an Order as to how the parties are to proceed and whether supplemental briefing or oral argument will be required.

**IT IS SO ORDERED.**

Dated: October 23, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge