1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KATHLEEN HURLY  Bar No. 169907
2  kathleen.hurly@sdma.com
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants
6  The Permanente Medical Group, Inc.,
   Wendy Quan and Larry Buchanan
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | VALERIE ADAMS,                              | CASE NO. CV 09-1270 JSW
12 |       Plaintiff,                            | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COURT-ORDERED MEDIATION**
13 | v.                                          |
14 | KAISER PERMANENTE INTERNATIONAL, a California corporation; THE PERMANENTE MEDICAL GROUP, INC., a California corporation; KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; WENDY QUAN, an Individual; LARRY BUCHANAN, an Individual; AND DOES 1 THROUGH 100, inclusive,
       Defendants.

    WHEREAS, on July 14, 2009, this Court issued an Order Scheduling Trial and Pretrial Matters. Paragraph C of this Order, entitled "ALTERNATIVE DISPUTE RESOLUTION", provides, "This matter is referred to court-connected mediation, to be conducted by October 15, 2009, if possible;" and

    WHEREAS, on October 15, 2009 this Court granted an extension of the deadline to complete court-ordered mediation until December 15, 2009; and

    WHEREAS, in approximately November 2009, attorney Paul Kranz assumed primary responsibility for this action from attorney Louis Garcia; and

WHEREAS, the parties agree that a further extension of the deadline for completing the mediation to January 15, 2010 is necessary and appropriate to permit the parties to effectively complete mediation. The parties have discussed this Stipulation with mediator Sue Stott of Perkins Coie LLP.

**IT IS SO STIPULATED**

DATED: December 14, 2009          LAW OFFICES OF PAUL L. KRANZ


By: /s/ Paul L. Kranz (as authorized 12/15/09)
      Paul L. Kranz, Esq.
      Attorneys for Plaintiff

DATED: December 14, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Kathleen M. Hurly
      Kathleen Hurly
      Attorneys for Defendants
      The Permanente Medical Group, Inc.,
      Wendy Quan and Larry Buchanan

**ORDER**

Pursuant to Stipulation by the parties and good cause appearing therefore, the deadline for conducting court-connected mediation is extended to January 15, 2010. The parties shall promptly notify the Court whether the case is resolved at the mediation.

IT IS SO ORDERED.

Dated: December 17, 2009          _____
                                                United States District Court Judge Jeffrey S. White