SEDGWICK, DETERT, MORAN & ARNOLD LLP
KATHLEEN HURLY  Bar No. 169907
kathleen.hurly@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
The Permanente Medical Group, Inc.,
Wendy Quan and Larry Buchanan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VALERIE ADAMS, | CASE NO. CV 09-1270 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COURT-ORDERED MEDIATION** |
| v. | |
| KAISER PERMANENTE INTERNATIONAL, a California corporation; THE PERMANENTE MEDICAL GROUP, INC., a California corporation; KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; WENDY QUAN, an Individual; LARRY BUCHANAN, an Individual; AND DOES 1 THROUGH 100, inclusive, | |
| Defendants. | |

WHEREAS, on July 14, 2009, this Court issued an Order Scheduling Trial and Pretrial Matters. Paragraph C of this Order, entitled "ALTERNATIVE DISPUTE RESOLUTION", provides, "This matter is referred to court-connected mediation, to be conducted by October 15, 2009, if possible;" and

WHEREAS, on October 15, 2009 this Court granted an extension of the deadline to complete court-ordered mediation until December 15, 2009; and

WHEREAS, in approximately November 2009, attorney Paul Kranz assumed primary responsibility for this action from attorney Louis Garcia; and

1  WHEREAS, the parties agree that a further extension of the deadline for completing the
2  mediation to January 15, 2010 is necessary and appropriate to permit the parties to effectively
3  complete mediation. The parties have discussed this Stipulation with mediator Sue Stott of
4  Perkins Coie LLP.

**IT IS SO STIPULATED**

DATED: December 14, 2009                LAW OFFICES OF PAUL L. KRANZ


By: /s/ Paul L. Kranz (as authorized 12/15/09)
     Paul L. Kranz, Esq.
     Attorneys for Plaintiff


DATED: December 14, 2009                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:/s/ Kathleen M. Hurly
    Kathleen Hurly
    Attorneys for Defendants
    The Permanente Medical Group, Inc.,
    Wendy Quan and Larry Buchanan


**ORDER**

Pursuant to Stipulation by the parties and good cause appearing therefore, the deadline for conducting court-connected mediation is extended to January 15, 2010. The parties shall promptly notify the Court whether the case is resolved at the mediation.

IT IS SO ORDERED.

Dated: December 17, 2009                _____
                                         United States District Court Judge Jeffrey S. White