1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KATHLEEN HURLY  Bar No. 169907
2  kathleen.hurly@sdma.com
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants
6  The Permanente Medical Group, Inc.,
   Wendy Quan and Larry Buchanan
7
8  PAUL L. KRANZ
   LAW OFFICES OF PAUL KRANZ
   2560 Ninth Street, Suite 213
9  Berkeley, CA  94710
   (510) 549-5900 (Tel)
10 (510) 549-5901 (Fax)

11 Attorney for Plaintiff

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

| VALERIE ADAMS, | CASE NO. CV 09-1270 JSW |
|---|---|
| Plaintiff, | **[PROPOSED]** STIPULATION AND AGREED ORDER RE: EXCHANGE OF EXPERT DISCLOSURES |
| v. | |
| KAISER PERMANENTE INTERNATIONAL, a California corporation; THE PERMANENTE MEDICAL GROUP, INC., a California corporation; KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; WENDY QUAN, an Individual; LARRY BUCHANAN, an Individual; AND DOES 1 THROUGH 100, inclusive, | |
| Defendants. | |

Valerie Adams ("Plaintiff") and The Permanente Medical Group, Inc., Wendy Quan and Larry Buchanan ("Defendants"), collectively referred to herein as the "Parties," by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on July 10, 2009, this Court entered an order setting an expert discovery cut

off of February 5, 2010 and a trial date of June 1, 2010; and

WHEREAS, by correspondence dated December 17, 2009, the parties agreed that they would simultaneously exchange expert disclosures on March 30, 2010, with rebuttal reports, if any, to be simultaneously exchanged on April 9, 2010; and

WHEREAS, the Parties further agreed the deadline for expert discovery will be extended until May 7, 2010; and

WHEREAS, in light of the foregoing, the Parties hereby stipulate to and petition the Court to enter the following Order:

1. The Parties will simultaneous exchange expert disclosures on March 30, 2010;

2. The Parties will simultaneous exchange rebuttal reports, if any, by April 9, 2010; and

3. The expert discovery deadline is extended to May 7, 2010.

DATED: December 21, 2009          LAW OFFICES OF PAUL L. KRANTZ

                                  By: /s/ Paul L. Kranz (as authorized 12/21/09)
                                       Paul L. Kranz, Esq.
                                       Attorneys for Plaintiff

DATED: December 21, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                  By: /s/Kathleen Hurly
                                       Kathleen Hurly
                                       Attorneys for Defendants
                                       The Permanente Medical Group, Inc.,
                                       Wendy Quan and Larry Buchanan

## ORDER

PURSUANT TO STIPULATION, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: December 22, 2009          _____
                                  United States District Court Judge Jeffrey S. White

SF/1649693v1

-2-

[PROPOSED] AGREED ORDER RE: EXCHANGE OF EXPERT DISCLOSURES