SEDGWICK, DETERT, MORAN & ARNOLD LLP
KATHLEEN HURLY  Bar No. 169907
kathleen.hurly@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
The Permanente Medical Group, Inc.,
Wendy Quan and Larry Buchanan

PAUL L. KRANZ
LAW OFFICES OF PAUL KRANZ
2560 Ninth Street, Suite 213
Berkeley, CA  94710
(510) 549-5900 (Tel)
(510) 549-5901 (Fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE INTERNATIONAL, a California corporation; THE PERMANENTE MEDICAL GROUP, INC., a California corporation; KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; WENDY QUAN, an Individual; LARRY BUCHANAN, an Individual; AND DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | CASE NO. CV 09-1270 JSW<br><br>**[PROPOSED] STIPULATION AND AGREED ORDER RE: EXCHANGE OF EXPERT DISCLOSURES** |

Valerie Adams ("Plaintiff") and The Permanente Medical Group, Inc., Wendy Quan and Larry Buchanan ("Defendants"), collectively referred to herein as the "Parties," by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on July 10, 2009, this Court entered an order setting an expert discovery cut

off of February 5, 2010 and a trial date of June 1, 2010; and

WHEREAS, by correspondence dated December 17, 2009, the parties agreed that they would simultaneously exchange expert disclosures on March 30, 2010, with rebuttal reports, if any, to be simultaneously exchanged on April 9, 2010; and

WHEREAS, the Parties further agreed the deadline for expert discovery will be extended until May 7, 2010; and

WHEREAS, in light of the foregoing, the Parties hereby stipulate to and petition the Court to enter the following Order:

1. The Parties will simultaneous exchange expert disclosures on March 30, 2010;
2. The Parties will simultaneous exchange rebuttal reports, if any, by April 9, 2010; and
3. The expert discovery deadline is extended to May 7, 2010.

DATED: December 21, 2009          LAW OFFICES OF PAUL L. KRANTZ

By: /s/ Paul L. Kranz (as authorized 12/21/09)
Paul L. Kranz, Esq.
Attorneys for Plaintiff

DATED: December 21, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/Kathleen Hurly
Kathleen Hurly
Attorneys for Defendants
The Permanente Medical Group, Inc.,
Wendy Quan and Larry Buchanan

## ORDER

PURSUANT TO STIPULATION, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: December 22, 2009          _____
United States District Court Judge Jeffrey S. White

-2-

[PROPOSED] AGREED ORDER RE: EXCHANGE OF EXPERT DISCLOSURES