IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE ADAMS,

    Plaintiff,

v.

KAISER PERMANENTE INTERNATIONAL, et al.,

    Defendants.

No. C 09-01270 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on February 26, 2010 on Defendants' motion for summary judgment. The Court HEREBY ORDERS that any opposition to these motions shall be filed by no later than February 4, 2010 and Defendants' reply, if any, shall be filed by no later than February 11, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 21, 2010

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE