IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE INTERNATIONAL, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-01270 JSW<br><br>**ORDER REGARDING MEDIATION AND DISCOVERY** |

    As the Court made clear in the Order dated February 5, 2010, the Court will not hear the motion for summary judgment until after the parties have completed mediation. The Court HEREBY VACATES the pretrial conference and trial and will reset these dates if necessary. The parties shall meet and confer in person by no later than March 9, 2010 and submit a stipulation by no later than March 12, 2010 to select a new date by which to participate in mediation.

    If Plaintiff seeks to conduct additional discovery, Plaintiff shall file an administrative motion to continue the discovery deadline. In this motion, Plaintiff shall specify with particularity what discovery she seeks to conduct and how much time she will need for such discovery. Defendants may file a single response to Plaintiff's motion in accordance with the Local Rules. The Court will not consider any reply by Plaintiff or any other documents filed by Defendants regarding a motion to conduct additional discovery.

The Court exhorts parties to be more amicable towards each other and reserve their advocacy for the substance of this case.

**IT IS SO ORDERED.**

Dated: February 23, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE