UNITED STATES DISTRICT COURT

Northern District of California

VALERIE ADAMS,

        Plaintiff,                              No. C 09-01270 JSW (MEJ)

  v.

KAISER PERMANENTE, *et al.*,               **DISCOVERY ORDER**

        Defendants.

_____/

      On February 17, 2010, the Court ordered Plaintiff Valerie Adams to submit her medical records for in camera review. (Dkt. #48.) Specifically, the Court ordered Plaintiff to submit all medical records for a period of three years prior to the alleged onset of her claimed emotional distress, and any medical records for any period thereafter, with the exception of the September 30, 2008 through February 1, 2010 Kaiser medical records already submitted for in camera review. The Court is now in receipt of certain medical records not previously produced, as well as a letter from Plaintiff's counsel, Paul Kranz. In his letter, Mr. Kranz states that the newly-submitted documents consist of Plaintiff's medical records for treatment that was not provided by Kaiser. Mr. Kranz also states that Plaintiff has requested her Kaiser medical records for the period August 2005 to September 2008.

      As to the non-Kaiser records submitted, the Court finds that they are not relevant to Plaintiff's claims and, therefore, need not be produced. As to the Kaiser records, Plaintiff shall submit them forthwith. To ensure that these records are not lost in the shuffle (as has been known to happen in this case), Plaintiff shall file weekly status declarations, beginning March 3, 2010 and continuing until the documents are submitted, attesting under penalty of perjury as to her efforts to obtain the documents that week.

      **IT IS SO ORDERED.**

Dated: February 17, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge