UNITED STATES DISTRICT COURT

Northern District of California

VALERIE ADAMS,

        Plaintiff,

  v.

KAISER PERMANENTE, *et al.*,

        Defendants.

_____/

No. C 09-01270 JSW (MEJ)

**DISCOVERY ORDER**

The Court is in receipt of certain medical records for in camera review from Plaintiff Valerie Adams in connection with previous discovery orders in this case. (Dkt. ## 48, 58.) Unfortunately, the records are not marked in any way to identify where they originated, and no cover letter was provided by Plaintiff's counsel. For identification purposes, the Court notes that the medical records are dated 9/30/2008 through 2/1/2010, and the authors appear to be the following individuals: Mary W. De Luna, Katayune S. Kaeni, Jonas Kalmann, and Carol Jean Cohen.

Upon review of the medical records, the Court finds that they are relevant to Plaintiff's claimed emotional distress damages. The Court also finds that the relevance of the documents outweighs any privacy right because the submitted records relate directly to her emotional distress claim, and they are therefore discoverable under California Evidence Code section 996 ("There is no privilege under this article as to a communication relevant to an issue concerning the condition of the patient if such issue has been tendered by . . . [t]he patient.") Accordingly, the Court hereby ORDERS Plaintiff to produce the medical records described above by March 8, 2010.

Plaintiff shall continue to comply with all previous discovery order requirements, including status updates, until all medical records dating back to August 2005 have been submitted for review.

**IT IS SO ORDERED.**

Dated: February 17, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge