IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE ADAMS,

    Plaintiff,

v.

KAISER PERMANENTE INTERNATIONAL, et al.,

    Defendants.

No. C 09-01270 JSW

**ORDER RESETTING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff shall file an opposition to Defendants' motion for summary judgment by no later than April 19, 2010 and Defendants shall file their reply, if any, by no later than April 26, 2010. The Court will hear the motion for summary judgment on May 14, 2010 at 9:00 a.m. If any of the parties seek to modify this briefing schedule, they must submit a request demonstrating good cause for a modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: April 5, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE