IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE ADAMS,

    Plaintiff,

v.

KAISER PERMANENTE INTERNATIONAL, et al.,

    Defendants.

No. C 09-01270 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

This matter is set for a hearing on July 2, 2010 on Plaintiff's motion for leave to file an amended complaint. The Court HEREBY ORDERS that any opposition to this motion shall be filed by no later than May 14, 2010 and Plaintiff's reply, if any, shall be filed by no later than May 21, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 30, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE