SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES S. BROWN (SBN 135810)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
The Permanente Medical Group, Inc.,
Wendy Quan and Larry Buchanan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE INTERNATIONAL, a California corporation; THE PERMANENTE MEDICAL GROUP, INC., a California corporation; KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; WENDY QUAN, an Individual; LARRY BUCHANAN, an Individual; AND DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | CASE NO. CV 09-1270 JSW<br><br>**DEFENDANTS' SUBSTITUTION OF COUNSEL** |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants THE PERMANENTE MEDICAL GROUP, INC., WENDY QUAN and LARRY BUCHANAN hereby substitute:

KAUFMAN DOLOWICH VOLUCK & GONZO LLP
Kathleen M. Hurly, Esq.
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679

SF/1693149v1

- 1 -

DEFENDANTS' SUBSTITUTION OF COUNSEL

as its attorneys of record in the above-entitled action in place and instead of:

SEDGWICK, DETERT, MORAN & ARNOLD
Kathleen M. Hurly, Esq.
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

The Permanent Medical Group, Inc. hereby accepts and consents to the Substitution of Counsel.

DATED: April __, 2010        THE PERMANENTE MEDICAL GROUP, INC.

By: _____
Sharon Blau Hartley
(Authorized To Sign On Its Behalf)

Wendy Quan hereby accepts and consents to the Substitution of Counsel.

DATED: April __, 2010        WENDY QUAN

By: _____
Wendy Quan

Larry Buchanan hereby accepts and consents to the Substitution of Counsel.

DATED: April __, 2010        LARRY BUCHANAN

By: _____
Larry Buchanan

On behalf of SEDGWICK, DETERT, MORAN & ARNOLD LLP, I consent to this substitution.

DATED: May 3, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
James S. Brown
Attorneys for Defendants
The Permanente Medical Group, Inc.,
Wendy Quan and Larry Buchanan

as its attorneys of record in the above-entitled action in place and instead of:

> SEDGWICK, DETERT, MORAN & ARNOLD
> Kathleen M. Hurly, Esq.
> One Market Plaza, Steuart Tower, 8th Floor
> San Francisco, CA 94105
> Telephone: (415) 781-7900
> Facsimile: (415) 781-2635

The Permanent Medical Group, Inc. hereby accepts and consents to the Substitution of Counsel.

DATED: April __, 2010      THE PERMANENTE MEDICAL GROUP, INC.

By: _____
    Sharon Blau Hartley
    (Authorized To Sign On Its Behalf)

Wendy Quan hereby accepts and consents to the Substitution of Counsel.

DATED: April 20, 2010      WENDY QUAN

By: _____/s/ Wendy Quan_____
    Wendy Quan

Larry Buchanan hereby accepts and consents to the Substitution of Counsel.

DATED: April __, 2010      LARRY BUCHANAN

By: _____
    Larry Buchanan

On behalf of SEDGWICK, DETERT, MORAN & ARNOLD LLP, I consent to this substitution.

DATED: May __, 2010      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
    James S. Brown
    Attorneys for Defendants
    The Permanente Medical Group, Inc.,
    Wendy Quan and Larry Buchanan

SF/1693149v1

DEFENDANTS' SUBSTITUTION OF COUNSEL

as its attorneys of record in the above-entitled action in place and instead of:

>SEDGWICK, DETERT, MORAN & ARNOLD
>Kathleen M. Hurly, Esq.
>One Market Plaza, Steuart Tower, 8th Floor
>San Francisco, CA 94105
>Telephone: (415) 781-7900
>Facsimile: (415) 781-2635

The Permanent Medical Group, Inc. hereby accepts and consents to the Substitution of Counsel.

DATED: April __, 2010              THE PERMANENTE MEDICAL GROUP, INC.

                                   By:_____
                                       Sharon Blau Hartley
                                       (Authorized To Sign On Its Behalf)

Wendy Quan hereby accepts and consents to the Substitution of Counsel.

DATED: April __, 2010              WENDY QUAN

                                   By:_____
                                       Wendy Quan

Larry Buchanan hereby accepts and consents to the Substitution of Counsel.

DATED: May 6, 2010                 LARRY BUCHANAN

                                   By: /s/ Larry Buchanan
                                       Larry Buchanan

On behalf of SEDGWICK, DETERT, MORAN & ARNOLD LLP, I consent to this substitution.

DATED: May __, 2010                SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                   By: _____
                                       James S. Brown
                                       Attorneys for Defendants
                                       The Permanente Medical Group, Inc.,
                                       Wendy Quan and Larry Buchanan

1     On behalf of KAUFMAN DOLOWICH VOLUCK & GONZO LLP, I accept the foregoing
2 substitution.
3 DATED: ~~April~~ 3, 2010      KAUFMAN DOLOWICH VOLUCK & GONZO LLP
4 May

By: _____
Kathleen M. Hurly
Attorneys for Defendants
The Permanente Medical Group, Inc.,
Wendy Quan and Larry Buchanan

11 Dated: May 12, 2010

APPROVED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA