IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ADAMS, | |
| Plaintiff, | No. C 09-01270 JSW |
| v. | |
| KAISER PERMANENTE INTERNATIONAL, et al., | **ORDER REMANDING ACTION** |
| Defendants. | |

Plaintiff filed an amended complaint stating only state law claims. A district court may decline to exercise supplemental jurisdiction in a case arising from a common nucleus of operative fact where, inter alia, it has dismissed the federal claims. 28 U.S.C. § 1367(c)(3). In order to make this determination, courts should consider factors such as "economy, convenience, fairness, and comity." *Acri v. Varian Assocs., Inc.*, 114 F.3d 999, 1001 (9th Cir. 1997) (internal quotations and citations omitted). When "federal-law claims are eliminated before trial, the balance of factors to be considered ... will point toward declining to exercise jurisdiction over the remaining state-law claims." *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 n.7 (1988), *superseded by statute*, 28 U.S.C. § 1447(c).

In this case, it would be equally convenient for the parties to try the remaining claims in state court, where this case originated. The Court concludes that principles of comity, convenience, and judicial economy weigh against retaining supplemental jurisdiction in this

case and, therefore, it shall remand this case to the Alameda County Superior Court.

Accordingly, this matter is HEREBY REMANDED to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: July 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE